

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00298-CV

THE ESTATE OF VERTIS J.
HARRIS, DECEASED

------------

FROM PROBATE COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2012-PR01963-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f). Pursuant to the agreed motion, all

---

[1]*See* Tex. R. App. P. 47.4.

costs of the appeal shall be paid by the party incurring same.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  SUDDERTH, J; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  June 04, 2015